[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 8, 2012
JOHN LEY
CLERK

_____

No. 09-11897

_____

D. C. Docket No. 07-00022-CV-WLS-1

CHARLES A. REHBERG,

Plaintiff-Appellee,

versus

JAMES P. PAULK,
in his individual capacity,
KENNETH B. HODGES, III,
in his individual capacity and
in his official capacity as District
Attorney of Dougherty County
KELLY R. BURKE, in his
individual capacity,

Defendants-Appellants,

DOUGHERTY COUNTY,

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(June 8, 2012)

## ON REMAND FROM THE SUPREME COURT
## OF THE UNITED STATES

Before CARNES, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

On March 21, 2011, the United States Supreme Court granted Plaintiff

Rehberg's petition for certiorari as to the portion of this Court's July 16, 2010

decision in Rehberg v. Paulk, 611 F.3d 828, 839–40 (11th Cir. 2010), that

concluded Defendant Paulk had absolute immunity for his grand jury testimony.

On April 2, 2012, the United States Supreme Court affirmed. Rehberg v. Paulk,

566 U.S. —, 132 S. Ct. 1497 (2012). We now remand this case to the United

States District Court for the Middle District of Georgia for further proceedings

consistent with our July 16, 2010 opinion, and specifically for entry of judgment in

favor of the Defendants on all claims except for the retaliatory prosecution claim

against Paulk in Count 7 of Rehberg's complaint.

**REMANDED.**